**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| GEORGE MANUEL, AS ADMINISTRATOR OF THE ESTATE OF ROSEMARY K. MANUEL, | : | No. 455 MAL 2022 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| RICHARD LEIGHTON, MONROETON ROD & GUN CLUB, MONICA LANDMESSER, THE NEW BUCKET INC., STAR MCKEAN AND KATIE BRIDE , | : | |
| Respondents | | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 28th day of March, 2023, the Petition for Allowance of Appeal is

**DENIED**.